AO 241 (Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): Victor Lewis Huntley | | Docket or Case No.: |
|---|---|---|
| Place of Confinement: B.R.C.I. | | Prisoner No.: 268632 |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Victor Lewis Huntley | |
| v. | |
| The Attorney General of the State of: | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   York Co.

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): 8-11-00

   (b) Date of sentencing: 8-11-00

3. Length of sentence: Life without Parole

4. In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Life without parole for Armed Robbery; Life without parole for Assault and Battery with Intent to kill; Five years for Possession of a weapon during the Commission of a Violent Crime; Five years for Possession of a Pistol by a person convicted of a Crime of Violence

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty     ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty        ☐ (4) Insanity plea

AO 241 (Rev. 01/15)                                                                 Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: _The South Carolina Court of Appeals_

(b) Docket or case number (if you know): _2002-CP-46-02050_

(c) Result: _Appeal Dismissed_

(d) Date of result (if you know): _December 6, 2004_

(e) Citation to the case (if you know): _____

(f) Grounds raised: _Ineffeltive Assistance OF Counsel_

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

AO 241   Page 4
(Rev. 01/15)

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

    (h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

    (a)  (1) Name of court: **York Co.**

        (2) Docket or case number (if you know): **2016-CP-46-03176**

        (3) Date of filing (if you know): **October 27, 2016**

        (4) Nature of the proceeding: **PCR**

        (5) Grounds raised: **New Discovered Edvidence**

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☒ No

    (7) Result: _____

    (8) Date of result (if you know): _____

AO 241 (Rev. 01/15)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: In The Court OF Common Pleas
(2) Docket or case number (if you know): 2016-CP-46-03176
(3) Date of filing (if you know): October 27, 2016
(4) Nature of the proceeding: PCR
(5) Grounds raised: Newly Discovered Evidence (17-27-45(C))

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: Dismissal
(8) Date of result (if you know): ___

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: In The Court OF Common Pleas
(2) Docket or case number (if you know): 2018-CP-46-03722
(3) Date of filing (if you know): December 10, 2018
(4) Nature of the proceeding: PCR
(5) Grounds raised: Newly Discovered Evidence Pursuant to (17-27-45(C)); (17-27-20(a)(1-2),(4) and (6) and (17-27-90)

AO 241
(Rev. 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: __Dismissed__

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☒ No
(2) Second petition: ☒ Yes   ☐ No
(3) Third petition:  ☒ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: __State Court Seek life without parole contrary to Federal Law__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__The State Courts Imposition Of Life Without Parole Is Contrary To Federal Law As Established By The Supreme Court When The Petitioner Was Sentenced Without Factors Being Presented To The Jury.__

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241 (Rev. 01/15)    Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __PCR__

Name and location of the court where the motion or petition was filed: __York Co.__

Docket or case number (if you know): __2018-CP-46-03722__

Date of the court's decision: __December 31, 2021__

Result (attach a copy of the court's opinion or order, if available): __Dismissed__

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __The Supreme Court OF South Carolina__

Docket or case number (if you know): __2020-00-1409__

Date of the court's decision: __December 31, 2021__

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

AO 241
(Rev. 01/15)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** State Court interpretation and application is Contrary to Federal Law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The State Court imposition of life without parole is contrary to Federal Law as established by the Supreme Court when the Judge sitting without a jury found the aggravating circumstanced necessons for the imposition of life without parole.

(b) If you did not exhaust your state remedies on Ground Two, explain why: Exhaust State remedies

(c) **Direct Appeal of Ground Two:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes   ☐ No
  (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    ☑ Yes   ☐ No
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: PCR
  Name and location of the court where the motion or petition was filed: York Co.

  Docket or case number (if you know): 2016-CP-46-03176
  Date of the court's decision: _____

AO 241 (Rev. 01/15)

Page 9

Result (attach a copy of the court's opinion or order, if available): __Dismissed__

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __York Co.__

Docket or case number (if you know): __2016-CP-46-03176__
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available): __Dismissed__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:

**GROUND THREE:** __S.C. Code 17-25-45 is contrary to Federal Law as established by the Supreme Court__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1). It allowe petitroner to be sentenced without being indiceted or convicted under the statute.
2). It removes discretion from the sentencing Judge.
3). It shifts the bruden of prof to the defendant to prove prior conviction is eneligible.
4). It allowe the solicitor all power to invoke sentencing removing power from the Judge.

AO 241
(Rev. 01/15)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why: __Exhaust State remedies__

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes  ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☑ Yes  ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: __PCR__

    Name and location of the court where the motion or petition was filed: __York Co.__

    Docket or case number (if you know): __2018-CP-46-03722__

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): __Dismissed__

    (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

    (4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: __State Supreme Court__

    Docket or case number (if you know): __2020-00-1409__

    Date of the court's decision: __December 31, 2021__

    Result (attach a copy of the court's opinion or order, if available): __Dismissed__

AO 241 (Rev. 01/15)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 01/15)

Page 12

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

| | | |
|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ Yes | ☐ No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ Yes | ☐ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ Yes | ☐ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____
_____
_____
_____
_____

AO 241 (Rev. 01/15)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes   ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   _____

   _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   _____

   _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

   _____

   _____

   _____

   _____

   _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

   _____

   _____

   _____

   _____

AO 241
(Rev. 01/15)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 01/15)

Page 15

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:  ___Resentencing___

_____

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Victor L. Huntley
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____